UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | | |
|---|---|---|
| WILLIAM ALEXANDER BOSTON, III, | : | |
| | : | |
| Plaintiff, | : | |
| | : | CASE NO. 1:13-cv-00227 |
| v. | : | |
| | : | JUDGE MATTICE/LEE |
| CITY OF CHATTANOOGA and | : | |
| OFFICER DAVID CAMPBELL, in his official | : | JURY DEMAND |
| capacity as an agent for the City of Chattanooga | : | |
| and in his individual capacity, | : | |
| | : | |
| Defendants. | : | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii), Plaintiff files this stipulation of dismissal with prejudice, signed by all parties that have appeared, dismissing this action with prejudice.

Pursuant to T.C.A. §71-5-117(g), plaintiff's counsel, by his signature hereto, hereby advises and represents to the Court that the State of Tennessee has no subrogation interest in the proceeds of the settlement.

At this time all of the defendants are stipulated to be dismissed with **prejudice** as set forth herein and all parties stipulate that the parties will be responsible for their respective costs, including attorney fees, of this action.

1

Dated this 9th day of July, 2014.

                     Respectfully submitted,

                       s/ Robin Ruben Flores
                     ROBIN RUBEN FLORES – BPR #20751
                     *Attorney for Plaintiff*
                     4110-A Brainerd Road
                     Chattanooga, Tennessee 37411
                     (423) 267-1575

                     CITY OF CHATTANOOGA, TENNESSEE
                     OFFICE OF THE CITY ATTORNEY


                     By:   s/ Keith J. Reisman
                       PHILLIP A. NOBLETT - BPR #10074
                       *Deputy City Attorney*
                       KEITH J. REISMAN – BPR #26974
                       *Assistant City Attorney*
                       *Attorneys for City of Chattanooga and*
                       *Officer David Campbell in his Official Capacity*
                       100 East 11th Street, Suite 200
                       Chattanooga, Tennessee 37402
                       (423) 643-8250


                     DAVIS & HOSS, P.C.


                     By:    s/ Stevie N. Phillips
                       BRYAN HOSS – BPR #21529
                       LEE DAVIS - BPR #15958
                       STEVIE N. PHILLIPS – BPR #27467
                       *Attorney for Officer David Campbell,*
                       *in his individual capacity*
                       508 East 5th Street
                       Chattanooga, Tennessee 37403
                       (423) 266-0605

**CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing Stipulation of Dismissal with Prejudice was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail. Parties may access this filing through the Court's electronic filing system.

      This 9th day of July, 2014.

                                                        s/ Keith J. Reisman